UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT GENE WELLS,**

    Plaintiffs,

v.                               CASE NO.: 5:21-cv-00019-TKW-MJF

**TOMMY FORD, in his official capacity as
SHERIFF of BAY COUNTY, and RICK
ANGLIN, in his supervisor capacity,**

    **Defendants.**
_____/

## PLAINTIFF'S RESPONSE TO MOTION TO STRIKE [ECF 47]

Plaintiff, ROBERT GENE WELLS, through his counsel, files this Response to Motion to Strike [ECF 47] and states that he consents to the Motion to Strike.

                                                                Respectfully submitted,

                                                                /s/ Marie A. Mattox
                                                                Marie A. Mattox [FBN 0739685]
                                                                MARIE A. MATTOX, P. A.
                                                                203 North Gadsden Street
                                                                Tallahassee, FL 32301
                                                                Telephone: (850) 383-4800
                                                                Facsimile: (850) 383-4801

                                                                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF FONT

I HEREBY CERTIFY that this Response is typed in 14 point font and contains 169 words.

/s/ Marie A. Mattox
Marie A. Mattox

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by CM/ECF this 26th day of May 2021.

/s/ Marie A. Mattox
Marie A. Mattox