UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT GENE WELLS,**

   Plaintiff,

v.                                         Case No. 5:21cv19-TKW-MJF

**SHERIFF TOMMY FORD**
and **RICK ANGLIN,**

   Defendants.
_____/

## ORDER GRANTING *DAUBERT* MOTION

This case is before the Court based on Defendant's *Daubert* motion to exclude the expert testimony of Ron McAndrew (Doc. 47).  Plaintiff filed a response stating that "he consents to the [m]otion to [s]trike" (Doc. 55).  Accordingly, it is **ORDERED** that the motion is **GRANTED**, and Ron McAndrew's expert testimony, opinions, and report are excluded from this case.

**DONE and ORDERED** this 27th day of May, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**