UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CINDY HARRISON as legal
Guardian of ROBERT GENE WELLS[1],
    Plaintiff,

v.                          CASE NO.:  5:21-cv-19-TKW-MJF

TOMMY FORD, in his official capacity as
SHERIFF of BAY COUNTY, and RICK ANGLIN,
In his supervisor capacity

    Defendants.

## NOTICE OF INTENT TO RELY ON EXHIBITS FOR DEFENDANTS' MOTION FOR ATTORNEY AND EXPERT WITNESS FEES

Defendants, Tommy Ford, in his official capacity as the Sheriff of Bay County, Florida, and Rick Anglin, in his supervisory capacity, by and through their undersigned counsel hereby file exhibits in support of Defendants' Motion for Attorney and Expert Witness Fees.

    Exhibit 1 – Defendants' Rule 11, served April 26, 2020[2]

    Exhibit 2 – Rule 11 Service email

---

[1] ECF 73 substituted Cindy Harrison as Plaintiff's Guardian.
[2] Documents referenced in Defendants' Rule 11 have since been filed with this court and can be found at ECF 61-45 (Anglin) and ECF 61-51 (Burkett).

Page **1** of **2**

DATED this 29th day of August 2022.

        WARNER LAW FIRM, P. A.
        ***/s/ Jennifer Hawkins***
        JENNIFER HAWKINS
        Florida Bar No. 17694
        501 W. 11th St. Suite A
        Panama City, FL  32401
        Phone No. (850) 784-7772
        pleadings@warnerlaw.us
        *Counsel for Defendants*
        *Ford and Anglin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF this 29th day of August 2022, which will send notice to all counsel of record.

        ***/s/ Jennifer Hawkins***
        JENNIFER HAWKINS
        Florida Bar No. 17694