| | |
|---|---|
| **From:** | Jennifer Frender |
| **To:** | Marie Mattox; Marlene Narro; Emerson Flowers; Kristen Burke |
| **Cc:** | Jennifer Hawkins; Tim Warner |
| **Subject:** | SERVICE OF COURT DOCUMENT: Robert Gene Wells v. Tommy Ford et. al 5:21:-cv-00019-TKW-MJF |
| **Date:** | Tuesday, April 26, 2022 6:24:00 PM |
| **Attachments:** | Rule 11.pdf |

| | |
|---|---|
| Court Identity: | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION |
| Case No. | 5:19-cv-00019-TKW-MJF |
| Initial parties - Plaintiff(s): | Robert Gene Wells |
| Initial parties - Defendant(s): | Tommy Ford, in his official capacity as Sheriff of Bay County, and Rick Anglin, in his supervisor capacity |
| Document(s) being served: | **Defendants' Motion for Sanctions Pursuant to Rule 11, Federal Rules of Civil Procedure** |

Please see attached.

*Jennifer Frender*
*Legal Assistant*
*WARNER LAW FIRM, P.A.*
*Post Office Box 1820*
*Panama City, FL 32402*
*Telephone: (850) 784-7772*
*Facsimile: (850) 784-7756*
*Email: jenniferfrender@warnerlaw.us*

**LEGAL NOTICE**

**This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the** *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* **and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney-client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address listed above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this e-mail does not create an Existing Business Relationship (EBR).**